UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Zaldivar,<br><br>　　　　　　　　　　　　　　Plaintiff(s),<br><br>　　　　-*against*-<br><br>Levent Company, Ltd. d/b/a Shish Kebab Grill and Muslum Levent,<br><br>　　　　　　　　　　　　　　Defendant(s). | **STIPULATION**<br><br>**Case No. 22-cv-00065(GRB)(ARL)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel that the Defendants hereby waive service of process of the complaint and summons in this action;

**IT IS FURTHER STIPULATED AND AGREED,** that the Defendants will answer or otherwise move with regard to the complaint on or before April 10, 2022.

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be executed by facsimile and/or in counterparts each of which will be deemed an original.

| | |
|---|---|
| Dated: | Dated: 2/15/2022 |
| MOSER LAW FIRM, PC<br>*Attorneys for Plaintiff(s)* | FRANKLIN, GRINGER & COHEN, P.C.<br>*Attorneys for Defendant(s)* |
| _____<br>Steven John Moser<br>5 East Main Street<br>Huntington, NY 11743<br>Tel: 631-824-0200<br>steven.moser@moserlawfirm.com | _____<br>Danielle E. Mietus<br>666 Old Country Road<br>Suite 202<br>Garden City, NY 11530<br>Tel: (516) 228-3131<br>dmietus@franklingringer.com |