UNITED STATES DISTRICT COURT
EASTERN DISTRICT

| | |
|---|---|
| JOSE ZALDIVAR,<br><br>                Plaintiff,<br><br>      v.<br><br>LEVENT COMPANY, LTD. d/b/a SHISH KEBAB GRILL, and MUSLUM LEVENT,<br><br>                Defendants. | Index No.: 2:22-cv-00065<br><br>**NOTICE OF APPEARANCE** |

**To:** The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendants LEVENT COMPANY, LTD. d/b/a SHISH KEBAB GRILL, and MUSLUM LEVENT.

Dated: Garden City, New York
       May 27, 2022

                                                    /s/
                                         Jasmine Y. Patel, Esq.
                                         **FRANKLIN, GRINGER & COHEN, P.C.**
                                         *Attorneys for Defendants*
                                         666 Old Country Road, Suite 202
                                         Garden City, New York 11530
                                         (516) 228-3131
                                         (516) 228-3136 Fax
                                         jpatel@franklingringer.com

**To:** Moser Law Firm, P.C.
      Steven John Moser
      5 E. Main Street
      Huntington, New York 11743
      Tel: (516) 671-1150
      Steven.moser@moserlawfirm.com