

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 07, 2022

**VIA ECF**

Hon. Arlene R. Lindsay, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11717

Re:     *Zaldivar v Levent Company, Ltd and Muslum Levent,*
          Case No. 22-cv-00065(GRB)(ARL)

Dear Judge Lindsay:

I represent the Plaintiff in the above referenced FLSA case.  Please accept this joint status report.  The parties have selected a mediator from the Eastern District of New York panel – Michael McKenna, Esq.  A conference call is scheduled for next week when defense counsel returns from travelling to set the date for mediation, and the parties request leave to advise the Court of the mediation date on or before October 14, 2022.

Respectfully submitted,,

*Steven J. Moser*

Steven J. Moser

CC:     All counsel of record via ECF