# FRANKLIN, GRINGER & COHEN, P.C.

Glenn J. Franklin  ATTORNEYS AT LAW  Ken Sutak
Martin Gringer  of counsel
Steven Elliot Cohen  666 OLD COUNTRY ROAD, SUITE 202
Michael S. Mosscrop  GARDEN CITY, NEW YORK 11530-2013
Jasmine Y. Patel*  TELEPHONE (516) 228-3131. FAX (516) 228-3136
Danielle Mietus
*ADMITTED TO NY AND NJ

January 24, 2023

<u>Via ECF</u>
The Honorable Arlene R. Lindsay
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>Zaldivar v. Levent Company, Ltd., et al.,</u>
     <u>Docket No.: 22-cv-00065(GRB)(ARL)</u>

Dear Judge Lindsay:

  We represent Defendants Levent Company, Ltd. d/b/a Shish Kebab Grill and Muslum Levent in the above-referenced matter. We write, jointly on behalf of all parties, pursuant to the Court's October 13, 2022, FLSA Initial Discovery and Mediation Referral Order, ECF No. 10, to advise the Court that the parties were not able to settle the matter on their own. As such, the parties respectfully request that the Court refer the parties to the EDNY mediation program for formal mediation. The parties have selected Michael McKenna, Esq., a mediator on the EDNY panel, and are presently working with Mr. McKenna's office to schedule a mediation date. Thus, the parties further request that the Court provide sixty days from the date of such referral to complete mediation.

  We thank the Court for its time and attention to this matter.

           Respectfully submitted,

          **FRANKLIN, GRINGER & COHEN, P.C.**

          Danielle E. Mietus, Esq.

C: All Counsel of Record (*via* ECF)