# FRANKLIN, GRINGER & COHEN, P.C.

Glenn J. Franklin  
Martin Gringer  
Steven Elliot Cohen  
Michael S. Mosscrop  
Jasmine Y. Patel*  
Danielle Mietus  
*ADMITTED TO NY AND NJ

ATTORNEYS AT LAW

666 OLD COUNTRY ROAD, SUITE 202  
GARDEN CITY, NEW YORK 11530-2013  
TELEPHONE (516) 228-3131. FAX (516) 228-3136

Ken Sutak  
of counsel

May 3, 2023

*Via ECF*  
The Honorable Arlene R. Lindsay  
United States Magistrate Judge for the  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

      Re:    *Zaldivar v. Levent Company, Ltd., et al.,*  
              *Docket No.: 22-cv-00065(GRB)(ARL)*

Dear Judge Lindsay:

      We represent Defendants Levent Company, Ltd. d/b/a Shish Kebab Grill and Muslum Levent ("Defendants") in the above-referenced matter. We write in response to Plaintiff's counsel's letter filed on April 27, 2023, ECF No. 12, to provide the Court with further information. As Plaintiff correctly notes therein, on January 24, 2023, the undersigned filed the parties' joint status report requesting that the Court refer the parties to the EDNY mediation program, advising of their selection of mediator, Patrick McKenna, Esq., and requesting sixty days from the date of such referral to complete mediation, ECF No. 11, which the Court granted the following day. *See* Electronic Order dated January 25, 2023. Thereafter, the parties attempted to confirm a mediation date.

      Unfortunately, Defendants were unable to confirm any such date because of the tragic earthquake in Turkey in early-February 2023, where Defendant Levent has family. As a result, Defendants have sporadically been in contact with their counsel. Our last contact with Defendants was in early-March 2023 and, since then, Defendants have ceased communication with their counsel. Accordingly, should Defendants continue to fail to cooperate, Defendants' counsel intends to file a motion seeking leave to withdraw as Defendants' attorneys of record pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York on or before May 12, 2023.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**FRANKLIN, GRINGER & COHEN, P.C.**

_____
Danielle E. Mietus, Esq.

C: All Counsel of Record (*via* ECF)