UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE ZALDIVAR,

                                        Plaintiff,

       v.

LEVENT COMPANY, LTD. d/b/a SHISH KEBAB
GRILL, and MUSLUM LEVENT,

                                        Defendants.
------------------------------------------------------------------------X

Docket No.: 22-cv-00065
(GRB)(ARL)

## NOTICE OF FRANKLIN, GRINGER & COHEN, P.C.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

PLEASE TAKE NOTICE THAT upon the annexed Declaration of Danielle E. Mietus, Esq. In Support of Franklin, Gringer & Cohen, P.C.'s Motion to Withdraw as Counsel of Record for Defendants, dated July 7, 2023, and all prior pleadings and proceedings herein, Defendants' counsel will move this Court before the Honorable Arlene R. Lindsay, United States Magistrate Judge for the Eastern District of New York, at the United States Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time set by the Court, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to withdraw as counsel of

2

record for Defendants.

Dated: Garden City, New York
      July 7, 2023

                              Respectfully submitted,

By: _____
            Danielle E. Mietus, Esq.
            **FRANKLIN, GRINGER & COHEN, P.C.**
            *Attorneys for Defendants*
            666 Old Country Road, Suite 202
            Garden City, New York 11530
            (516) 228-3131