UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Index No.: 22-cv-00065
JOSE ZALDIVAR,                                                       (GRB)(ARL)

                        Plaintiffs,

   -against-

                                                    **AFFIDAVIT OF SERVICE**

LEVENT COMPANY, LTD. d/b/a
SHISH KEBAB GRILL, and
MUSLUM LEVENT,

                        Defendants.
----------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU    )

      Beverley M. Charlton, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Cambria Heights, New York.

      On July 10, 2023, deponent served a true copy of the **NOTICE OF MOTION**– (ECF DOCUMENT 14) by electronic mail and USPS Certified, Registered and Return Receipt First Class Mail, addressed to the last known address of the addressee(s) as indicated below.

                                        Levent Company, Ltd., d/b/a Shish Kebab Grill
                                               1380 Old Northern Blvd
                                                  Roslyn, NY 11576

                                                                        _____
                                                                        Beverley M. Charlton

Sworn to before me this
10th day of July 2023

_____
NOTARY PUBLIC

Diane Bazzano
Notary Public, State of New York
Qualified in Nassau County
No. 01BA6067059
Commission Expires December 3, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Index No.: 22-cv-00065
JOSE ZALDIVAR,                                                                (GRB)(ARL)

                      Plaintiffs,

  -against-

                                                **AFFIDAVIT OF SERVICE**

LEVENT COMPANY, LTD. d/b/a
SHISH KEBAB GRILL, and
MUSLUM LEVENT,

                      Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU    )

    Beverley M. Charlton, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Cambria Heights, New York.

    On July 10, 2023, deponent served a true copy of the **ATTORNEY DECLARATION – (ECF DOCUMENT 15)** by electronic mail and USPS Certified, Registered and Return Receipt First Class Mail, addressed to the last known address of the addressee(s) as indicated below.

                            Levent Company, Ltd., d/b/a Shish Kebab Grill
                                  1380 Old Northern Blvd
                                      Roslyn, NY 11576

                                                                              _____
                                                                              Beverley M. Charlton

Sworn to before me this
10th day of July 2023

_____
NOTARY PUBLIC

Diane Bazzano
Notary Public, State of New York
Qualified in Nassau County
No. 01BA6067059
Commission Expires December 9, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Index No.: 22-cv-00065
JOSE ZALDIVAR,                                                            (GRB)(ARL)

                Plaintiffs,

-against-                                                                       **AFFIDAVIT OF SERVICE**

LEVENT COMPANY, LTD. d/b/a
SHISH KEBAB GRILL, and
MUSLUM LEVENT,

                Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK   )
                                ) ss:
COUNTY OF NASSAU   )

      Beverley M. Charlton, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Cambria Heights, New York.

      On July 10, 2023, deponent served a true copy of the **NOTICE OF MOTION**– (ECF DOCUMENT 14) by electronic mail and USPS Certified, Registered and Return Receipt First Class Mail, addressed to the last known address of the addressee(s) as indicated below.

Muslum Levent<br>
Levent Company, Ltd., d/b/a Shish Kebab Grill<br>
1380 Old Northern Blvd<br>
Roslyn, NY 11576

                                                                                   Beverley M. Charlton

Sworn to before me this
10th day of July 2023

NOTARY PUBLIC

Diane Bazzano
Notary Public, State of New York
Qualified in Nassau County
No. 01BA6067059
Commission Expires December 9, 25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Index No.: 22-cv-00065
JOSE ZALDIVAR,                                                                (GRB)(ARL)

                         Plaintiffs,

   -against-                                       **AFFIDAVIT OF SERVICE**

LEVENT COMPANY, LTD. d/b/a
SHISH KEBAB GRILL, and
MUSLUM LEVENT,

                        Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NASSAU    )

      Beverley M. Charlton, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Cambria Heights, New York.

      On July 10, 2023, deponent served a true copy of the **ATTORNEY DECLARATION–(ECF DOCUMENT 15)** by electronic mail and USPS Certified, Registered and Return Receipt First Class Mail, addressed to the last known address of the addressee(s) as indicated below.

                                         Muslum Levent
                      Levent Company, Ltd., d/b/a Shish Kebab Grill
                             1380 Old Northern Blvd
                               Roslyn, NY 11576

                                                           Beverley M. Charlton

Sworn to before me this
10th day of July 2023

NOTARY PUBLIC

Diane Bazzano
Notary Public, State of New York
Qualified in Nassau County
No. 01BA6067059
Commission Expires December 3, 2025