UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

JOSE ZALDIVAR,

                                 Plaintiff,

      v.

LEVENT COMPANY, LTD. d/b/a SHISH KEBAB GRILL,
and MUSLUM LEVENT,

                                 Defendants.
-------------------------------------------------------------------------X

Index No.: 22-CV-0065 (GRB)(ARL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NASSAU     )

     SAMANTHA EUSEBIO, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Baldwin, New York.

     On August 30, 2023 deponent served a true copy of the annexed **ORDER** by email and by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address(es) of the addressee(s) as indicated below.

    Levent Company, Ltd. d/b/a Shish Kebab Grill
    1380 Old Northern Boulevard
    Roslyn, New York 11576

    Levent Company, Ltd. d/b/a Shish Kebab Grill
    1380 Old Northern Boulevard
    Roslyn, New York 11576
    Email: Muslumlevent1@gmail.com

                                                     SAMANTHA EUSEBIO

Sworn to before me this
30th of August, 2023

_____
NOTARY PUBLIC

MICHAEL MOSSCROP
Notary Public, State of New York
No. 02MO6104829
Qualified in Suffolk County
Term Expires Feb. 2, 20 24

1