**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JOSE ZALDIVAR,

                Plaintiff,                           **CLERK'S CERTIFICATE**
                                                                             **OF DEFAULT**
   - against -                                            CV 22-0065 (GRB) (ARL)

LEVENT COMPANY, LTD. d/b/a SHISH KEBAB
GRILL and MUSLUM LEVENT,

                Defendants.
---------------------------------------------------------------X

      **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants LEVENT COMPANY, LTD., and MUSLUM LEVENT have failed to appear or otherwise defend this action.

      The defaults of defendants LEVENT COMPANY, LTD., and MUSLUM LEVENT are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: November 20, 2023
       Central Islip, New York

                                                                     BRENNA B. MAHONEY
                                                                     CLERK OF COURT

                                           BY:    /S/ JAMES J. TORITTO
                                                               DEPUTY CLERK