22CV65-GRB-ARL

Muslum Levent
5 yennicock ave Port Washington, NY, 11050
1/30/2024

To: United States District Court Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB - 2 2024 ★
LONG ISLAND OFFICE

RECEIVED
FEB 02 2024
EDNY PRO SE OFFICE

## Request for Motion to Vacate Due to Health Issues and Company Dissolution

Dear Judge,

I hope this email finds you well. My name is Muslum Levent, and I am writing to inform you about my current health situation that unfortunately prevented me from attending the recent court case.

I have been facing ongoing health issues that required immediate attention and medical care. Regrettably, during the same period, my company, Levent Company Ltd., closed its operations. The dissolution of the company resulted in a significant transition period and an increased demand on my time, and unfortunately, I did not receive the notice regarding the court case.

Due to these combined circumstances, I was unable to attend the hearing as required. I understand the importance of my presence in court, and I sincerely apologize for any inconvenience this may have caused. I am fully committed to fulfilling my legal obligations, and I am seeking your guidance on the appropriate steps to take in order to address this situation.

I have the medical documentation regarding my serious health condition and relevant documentation related to the dissolution of Levent Company Ltd. I am prepared to submit any required documentation promptly.

I kindly request your assistance in guiding me through the process of filing a Motion to Vacate based on these circumstances. I am willing to provide any additional information or documentation required to support my case.

Thank you for your understanding and assistance in this matter. I am looking forward to resolving this situation in a manner that complies with legal procedures.

Sincerely,

Muslum Levent (President of Levent Company Ltd.)

Lerent Company LTD
(Austum Letient)
S Yennicock Ave
Port Washington NY
11050

MID-ISLAND NY 117
31 JAN 2024

RECEIVED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
FEB 02 2024
LONG ISLAND OFFICE

Case No: 2 of 2 ★ CJ 00065

To: United States District Court Eastern District
of New York
100 Federal Plaza, Central Islip NY 11722

11722-443800