UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE ZALDIVAR,       :       CV 22:00065(GRB)(ARL)

                Plaintiff,       :       **NOTICE OF APPEARANCE**

   -against-       :

LEVENT COMPANY, LTD. d/b/a SHISH KEBAB :
and MUSLUM LEVENT,       :
               Defendants.       :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Scott Michael Mishkin Esq., hereby Appears as counsel for all Defendants in this matter and certifies that I am admitted and in good standing to practice in the Eastern District of New York.

Dated: Islandia, New York
       February 12, 2023

                                                Respectfully submitted.

                                                SCOTT MICHAEL MISHKIN PC

                                                _____/S/_____
                                                Scott Michael Mishkin, Esq.
                                                Scott Michael Mishkin PC
                                                One Suffolk Square Suite 240
                                                Islandia, New York 11749
                                                T: 631-234-1154
                                                F: 631-234-5048
                                                E: kpulismishkinpc@optonline.net