

## Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631.234.5048

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-234-1154
Fax. 631.234-5058

February 12, 2024

Honorable Arlene R. Lindsay
Unites States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    CV: 22-00065
       Jose Zaldivar v. Levent Company. LTD, *et al*

Dear Judge Lindsay,

Please know this correspondence is respectfully submitted, with consent of opposing counsel, Steven J. Moser, Esq., and requests that Your Honor "SO ORDER" this matter back to mediation and administratively stay this matter for sixty (60) days, as Mr. Moser and I have agreed to contact Mediator Patrick McKenna, to see his availability to conduct the mediation.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

Scott Michael Mishkin, Esq.

