

**Scott Michael Mishkin, PC** ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631.234.5048

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-234-1154
Fax. 631.234-5058

July 10, 2024

Honorable Arlene R. Lindsay
Unites States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   CV: 22-00065
      <u>Jose Zaldivar v. Levent Company. LTD</u>, *et al*

Dear Judge Lindsay,

Pursuant to Your Honor's June 26, 2024, "SO ORDER," (ECF No. 28), I am respectfully submitting a status update with the Court and advising that, despite providing Defendant Levent with ECF No. 28 on June 26, 2024, that defendant Levent has not paid his attorney fees and/or contacted me at all, and as such, I am requesting that Your Honor grant my pending Motion to Withdraw as Counsel, ECF No. 27 and alleviating Scott Michael Mishkin PC filing an Answer on behalf of Defendants.

Your Honor's consideration is appreciated.

Respectfully submitted,

Scott Michael Mishkin

