

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 24, 2024

**VIA ECF**

Hon. Arlene R. Lindsay, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:   *Zaldivar v Levent Company, Ltd and Muslum Levent,*
      Case No. 22-cv-00065(GRB)(ARL)

Dear Judge Lindsay:

      I represent the plaintiff in the above referenced matter. We write to the court to ask for a brief extension of one week to submit the Motion for Default Judgment, the reason being that plaintiff's counsels' spouse is ill and was brought to the hospital this morning. I therefore respectfully request an extension of one week, until August 2nd, 2024 to submit the Motion.

                                                            Respectfully Submitted,

                                                            *Steven J. Moser*
                                                            Steven J. Moser

CC:   All counsel of record via ECF