

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 31, 2024

**VIA ECF**

Hon. Arlene R. Lindsay, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:  *Zaldivar v Levent Company, Ltd and Muslum Levent*
     Case No. 22-cv-00065(GRB)(ARL)

Dear Judge Lindsay:

     I represent the Plaintiff in the above referenced action.  We recently received notice that the Defendant Muslum Levent filed a voluntary petition pursuant to chapter 7 on July 9, 2024. *See In Re Muslum Levent,* 24-BK-72675 (E.D.N.Y. Bankr.). Therefore, an automatic stay is in effect.

                                  Respectfully Submitted,

                                  *Steven J. Moser*

                                  Steven J. Moser

CC:  All counsel of record via ECF