

**Steven J. Moser, Esq.**
steven.moser@moserlawfirm.com
631.697.8876

April 28, 2026

**VIA ECF**

Honorable Gary R. Brown
100 Federal Plaza
Central Islip, NY 11717

**Re:    Zaldivar v Levent Company, Ltd and Muslum Levent**
**Case No.: 22-cv-00065(GRB)(ARL)**

Dear Judge Brown:

We represent the Plaintiff in the above-mentioned matter. We are writing to ask the court to please close the case as the Defendants have filed for Bankruptcy. See annexed Court Docket. We thank the court for their time.

Respectfully submitted,

*Steven J. Moser, Esq.*

Steven J. Moser

CC: All counsel of record via ECF

**MOSER LAW FIRM, P.C.**

453 West Main Street, Huntington, NY 11743
O: (631) 759-9766 | www.moserlawfirm.com