**MEANSNO, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-24-72675-reg

| | |
|---|---|
| *Date filed:* | 07/09/2024 |
| *Date terminated:* | 11/20/2024 |
| *Debtor discharged:* | 10/10/2024 |
| *341 meeting:* | 08/09/2024 |
| *Deadline for objecting to discharge:* | 10/08/2024 |
| *Deadline for financial mgmt. course:* | 10/08/2024 |

*Assigned to:* Robert E. Grossman
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor** | represented by **John P Brooke** |
| **Muslum Levent** | 85 W. Main Street |
| 5 Yennicock Avenue | Suite 201 |
| Port Washington, NY 11050 | Bay Shore, NY 11706 |
| NASSAU-NY | 631-397-0042 |
| SSN / ITIN: xxx-xx-3025 | Fax : 631-666-0411 |
| | Email: john@your-bankruptcy.com |
| | |
| **Trustee** | represented by **Kenneth Kirschenbaum** |
| **Kenneth Kirschenbaum** | Kirschenbaum & Kirschenbaum |
| Kirschenbaum & Kirschenbaum | 200 Garden City Plaza |
| 200 Garden City Plaza | Suite 315 |
| Suite 315 | Garden City, NY 11530 |
| Garden City, NY 11530 | (516) 747-6700 |
| (516) 747-6700 | Fax : (516) 747-6781 |
| | Email: ken@kirschenbaumesq.com |

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2024 | 1 (48 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $338 Filed by John P Brooke on behalf of Muslum Levent (Brooke, John) (Entered: 07/09/2024) |
| 07/09/2024 | 2 (1 pg) | Certificate of Credit Counseling for Debtor Filed by John P Brooke on behalf of Muslum Levent (Brooke, John) (Entered: 07/09/2024) |
| 07/09/2024 | 3 (1 pg) | Employee Income Records / Copies of Pay Statements Filed by John P Brooke on behalf of Muslum Levent (Brooke, John) (Entered: 07/09/2024) |

| 07/09/2024 | 4<br>(1 pg) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by John P Brooke on behalf of Muslum Levent (Brooke, John) (Entered: 07/09/2024) |
|---|---|---|
| 07/09/2024 | | Receipt of Voluntary Petition (Chapter 7)( 8-24-72675) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A22770755. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/09/2024) |
| 07/09/2024 | 5<br>(3 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee, Kirschenbaum, Kenneth with 341(a) Meeting to be held on 8/9/2024 at 10:30 AM at Zoom.us/join - Kirschenbaum: Meeting ID 314 131 8202, Passcode 5320231902, Phone 1 (516) 388-5492. Financial Management Certificate due by 10/8/2024. Last day to oppose discharge or dischargeability is 10/8/2024. (Entered: 07/09/2024) |
| 07/11/2024 | 6<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 07/11/2024. (Admin.) (Entered: 07/12/2024) |
| 07/25/2024 | 7<br>(1 pg) | Certificate of Financial Management Course, Certificate 14912-NYE-DE-038700307 Filed for Debtor Muslum Levent by 001 DebtorEDU LLC (1007bAdmin). (Entered: 07/25/2024) |
| 08/09/2024 | | Chapter 7 Trustee's Report of No Distribution: I, Kenneth Kirschenbaum, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 12000.00, Assets Exempt: $ 4420.00, Claims Scheduled: $ 305163.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 305163.00. (Kirschenbaum, Kenneth) (Entered: 08/09/2024) |
| 08/09/2024 | 8 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Report of No Distribution. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 8/9/2024). Filed by Kenneth Kirschenbaum (RE: related document(s) Chapter 7 Trustee's Report of No Distribution). (Kirschenbaum, Kenneth) (Entered: 08/09/2024) |
| 09/12/2024 | 9<br>(22 pgs) | Motion for Relief from Stay *RE: 2022 TOYOTA RAV4*. Objections to be filed on 09/30/2024. Fee Amount $199. Filed by Wesley T Kozeny on behalf of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust. Hearing scheduled for 10/7/2024 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Kozeny, Wesley) (Entered: 09/12/2024) |

| Date | Doc | Description |
|---|---|---|
| 09/12/2024 | | Receipt of Motion for Relief From Stay( 8-24-72675-reg) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A22946803. Fee amount 199.00. (re: Doc# 9) (U.S. Treasury) (Entered: 09/12/2024) |
| 10/04/2024 | 10 (2 pgs) | Letter *(Certificate of No Objection)* Filed by Wesley T Kozeny on behalf of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust (RE: related document(s)9 Motion for Relief From Stay filed by Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust) (Kozeny, Wesley) (Entered: 10/04/2024) |
| 10/07/2024 | | Settled without hearing(RE: related document(s)9 Motion for Relief From Stay Filed by Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust); Certificate of No Objection filed #10 - Under Submission (amp) (Entered: 10/07/2024) |
| 10/08/2024 | 11 (2 pgs) | Order Granting Motion For Relief From Stay RE: 2022 TOYOTA RAV4 on behalf of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust and that all other relief sought in the Motion is denied. (Related Doc # 9) Signed on 10/8/2024. (amp) (Entered: 10/08/2024) |
| 10/08/2024 | 12 (66 pgs) | First Motion for Relief from Stay Fee Amount $199. Filed by Steven John Moser on behalf of Jose Zaldivar. Hearing scheduled for 11/4/2024 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Moser, Steven) (Entered: 10/08/2024) |
| 10/08/2024 | | Receipt of Motion for Relief From Stay( 8-24-72675-reg) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number B23012958. Fee amount 199.00. (re: Doc# 12) (U.S. Treasury) (Entered: 10/08/2024) |
| 10/10/2024 | 13 (3 pgs; 2 docs) | Order Discharging Debtor Chapter 7. Signed on 10/10/2024 (ch7disch). (Entered: 10/10/2024) |
| 10/12/2024 | 14 (4 pgs) | BNC Certificate of Mailing with Order of Discharge Notice Date 10/12/2024. (Admin.) (Entered: 10/13/2024) |
| 11/04/2024 | | Hearing Held; - Appearances: No Appearance by Movant. (RE: related document(s)12 Motion for Relief From Stay Filed by Creditor Jose Zaldivar); Motion Denied; So Order the Record (amp) (Entered: 11/04/2024) |
| 11/05/2024 | 15 (1 pg) | Endorsed Order Denying Motion For Relief From Stay on behalf of Jose Zaldivar. (Related Doc # 12) Signed on 11/5/2024. (amp) (Entered: 11/05/2024) |
| 11/20/2024 | 16 (2 pgs; 2 docs) | Final Decree Chapter 7. Signed on 11/20/2024 (ch7c4dsc) (Entered: 11/20/2024) |
| 11/20/2024 | | Bankruptcy Case Closed (ch7c4dsc) (Entered: 11/20/2024) |
| 01/27/2026 | 17 | Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number GPC-NYEBCLERK26-0180. (mnc) (Entered: 01/27/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/28/2026 11:56:11 | | | |
| **PACER Login:** | Sm662800 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8-24-72675-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |