

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014

OFFICIAL BUSINESS

FWD

LEGAL MAIL

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 14 2026   ★

LONG ISLAND OFFICE

MID-ISLAND NY 117..
4 MAY 2026 PM 5

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
05/01/2026 ZIP 11722
043M31248102
US POSTAGE

Levent Company, Ltd.
5 Yennicock Avenue
Port Washington. NY 11050

100  NFE  1    CZ4C0005/11/26
FORWARD  TIME  EXP   RTN  TO  SEND
LEVENT
7  WHEELER  CT
DEER  PARK  NY  11729-4110
RETURN  TO  SENDER

11050-213205
11722>9014

CLOSED,ACO,MEDSNR,NPROSE

## U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:22-cv-00065-GRB-ARL

Zaldivar v. Levent Company, Ltd. et. al.
Assigned to: Judge Gary R. Brown
Referred to: Magistrate Judge Arlene R. Lindsay
Demand: $200,000
Cause: 29:201 Fair Labor Standards Act

Date Filed: 01/05/2022
Date Terminated: 04/29/2026
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/29/2026 | | ORDER DISMISSING CASE re 33 Status Report filed by Jose Zaldivar. Ordered by Judge Gary R. Brown on 4/29/2026. (KM) (Entered: 04/29/2026) |